# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0202

VERSUS

RONALD MATTHEWS

**MAY 18, 2026**

---

In Re:   Ronald Matthews, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. CR-2101691.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the judgment of the district court, court minutes, bills of information, and any other relevant transcripts or documents from the record that might support his claim. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new writ application with this court, the application shall be filed on or before August 14, 2026. Any future filing on this issue must include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT